UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: DENNISSE J MENENDEZ LAUREANO
Case Number: 09-10164-ESL13  Chapter: 13
Date / Time / Room: 5/3/2011 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: EVANGELINA MENDEZ

Reporter / ECR:

## Matter:

Doc# 35 Motion for Relief From Stay Under 362 filed by Doral Bank
Doc# 41 Debtor's answer

## Appearances:

JOSE RAMON CARRION MORALES
JOSE M PRIETO CARBALLO
SERGIO A RAMIREZ DE ARELLANO

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

✓ Debtor shall provide adequate protection to movant by:
✓ curing the arrears within 30 days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge